AM
FPD
AUSA

DR-12-CR-1494(02)-AM

Manuel Martinez Jr.
# 04829-380
F.P.C. Big Spring
1900 Simler Ave.
Big Spring, Tx. 79720

April 19, 2015

U.S. District Court Clerk
Del Rio Division
United States Courthouse
111 East Broadway Street, Room L100
Del Rio, Tx. 78840

**FILED**

APR 3 0 2015

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

RE: Amendment 782, Drugs Minus Two

Dear District Court Clerk:

Please send me information concerning the two point reduction for drug offenders and how I may go about filing for this recuction. I am aware that the different divisions of the Federal District Courts are handling the amendment in different ways and with different forms. Please send me all the information I will need to file for the two point reduction in your Court. If there is a list please add my name to the list so that I may apply for this two level reduction. Your time and consideration in this matter will be greatly appreciated.

Sincerely,

*Manuel Martinez Jr.*
Manuel Martinez Jr.

⇔04829-380⇔
Manuel Martinez
04829380
Federal Correctional Institution
BIG Spring, TX 79720
United States

MIDLAND / ODESSA TX 797 2 L
20 APR 2015 PM



788403$573

⇔04829-380⇔
Us Dist Del Rio Division
111 East Broadway St, Room L100
DEL RIO, TX 78840
United States